JODI LINKER
Federal Public Defender
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408) 291-7399
Jessica_Yu@fd.org

Counsel for Defendant AMBROSIO-LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>EFRAIN AMBROSIO-LOPEZ,<br><br>      Defendant. | 26-cr-00041-EKL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

Defendant Efrain Ambrosio-Lopez and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference currently set for March 10, 2026 at 10:30 a.m. may be continued to May 12, 2026 at 10:30 a.m. The reason for the requested continuance is that the defense needs additional time to review discovery and confer with the client.

The parties also stipulate and agree that excluding time to May 12, 2026, will allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 10, 2026 to May 12, 2026, outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

///

///

IT IS SO STIPULATED.

Dated: March 9, 2026

JODI LINKER
Federal Public Defender
_____/s/_____
Jessica Yu
Assistant Federal Public Defender

Dated: March 9, 2026

CRAIG MISSAKIAN
United States Attorney
_____/s/_____
Jeffrey Backhus
Assistant United States Attorney

[PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant Efrain Ambrosio-Lopez, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Efrain Ambrosio-Lopez's status conference may be continued to May 12, 2026.

It is also ORDERED that time may be excluded from March 10, 2026 to May 12, 2026, to allow for the effective preparation of counsel. The Court finds that failing to exclude time to May 12, 2026 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between March 10, 2026 to May 12, 2026, outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  March 9, 2026    _____
HONORABLE EUMI K. LEE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
26-cr-00041-EKL